## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**WINGFIELD & CORRY**                                                          **PLAINTIFF**

**VS.**                                  **NO. 4:23-cv-194-BRW**

**DOMINIC BROWN,**
**LAURA MARTIN, and**
**JOSEPH GIRA**                                                      **DEFENDANTS**

### MOTION FOR DEFAULT JUDGMENT AND FOR
### ORDER TO DISTRIBUTE FUNDS

Doctor Joseph Gira, by his attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for his Motion for Default Judgment and for Order to Distribute Funds, states:

1. This Motion is made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

2. Plaintiff Wingfield & Corry, P.A. ("Law Firm") filed its Complaint in Interpleader on March 14, 2023, seeking to interplead funds in the amount of $284,698.90 held in its IOLTA account ("the Funds") into the registry of the Court. *See* Doc. 1. As of the date of this motion, the funds remain in Law Firm's IOLTA account, as the Court has not yet entered an order authorizing Law Firm to deposit the Funds in the registry.

3. Doctor Gira was duly served on March 28, 2023 (*see* Doc. 8), and timely filed an answer on April 17, 2023, asserting a claim against the entire balance of the Funds (Doc. 4, ¶ 20).

4. Separate Defendant Laura Martin was duly served on April 19, 2023 (*see* Doc.

6), and timely filed an answer on April 27, 2023, denying a claim against the Funds, and affirmatively pleading Doctor Gira's right to have the Funds returned to him (Doc. 9, ¶ 20).

5. Separate Defendant Dominic Brown was duly served on April 18, 2023 (*see* Doc. 7), but failed to file an Answer or otherwise respond to the Complaint within the time permitted under the Federal Rules of Civil Procedure, and no extension of time in which to do so was granted by this Court.

6. Accordingly, on motion of Doctor Gira (*see* Doc. 12), a Clerk's Entry of Default as to Dominic Brown was recorded as Doc. 13 herein on May 12, 2023.

7. In connection with his motion for entry of a Clerk's default, Doctor Gira filed a sworn declaration in accordance with 50 U.S.C. § 3931(b)(1)(B), in which he stated that he was unable to determine whether Dominic Brown is in miliary service (Doc. 12, Ex. 1). As of June 15, 2023, according to a Status Report obtained from the Department of Defense Manpower Data Center, Mr. Brown is *not* in military service. A copy of the referenced report is attached hereto as Exhibit A.

8. In light of the foregoing, pursuant to Fed. R. Civ. P. 55(b)(2), Doctor Gira now requests the entry of a default judgment against Dominic Brown.

9. Upon entry of a default judgment against Dominic Brown, Doctor Gira will be the only party asserting a claim against the Funds.

10. The amount of the Funds is not in dispute, and can be readily ascertained from Plaintiff's well-pleaded Complaint, such that a hearing is not necessary in order for the Court to properly grant the relief sought by Doctor Gira herein.

11. In the interest of efficiency, the Court should order Law Firm to disburse the entirety of the Funds directly to Doctor Gira, by means of a wire transfer to such account as Doctor Gira may designate.

12. In the alternative, the Court should enter an order that (1) authorizes Plaintiff to deposit the Funds into the registry of the Court, and (2) directs the Clerk to promptly disburse the full amount of the deposited Funds to Doctor Gira.

13. Finally, because the entry of a default judgment against Dominic Brown and disbursement of the Funds disposes of all matters set forth in Plaintiff's Complaint, Doctor Gira requests that in any order it may enter to distribute the Funds, that the Court also discharge Plaintiff from all further liability, and permanently enjoin all future actions by the parties against or related to the Funds, in accordance with and as permitted under 28 U.S.C. § 2361.

14. A brief in support of this motion is being filed contemporaneously herewith.

WHEREFORE, Doctor Joseph Gira prays that this Court grant a default judgment against Separate Defendant Dominic Brown, and further prays for an order directing Law Firm to disburse the entire amount of the Funds to him, discharging Plaintiff from all further liability, and permanently enjoining all future actions against and related to the Funds, and for all other proper relief to which he may be entitled.

    John Keeling Baker, ABN 97024
    MITCHELL, WILLIAMS, SELIG,
     GATES & WOODYARD, P.L.L.C.
    425 W. Capitol Ave., Suite 1800
    Little Rock, Arkansas  72201

        Phone  (501) 688-8800
        Fax   (501) 688-8807
        jbaker@mwlaw.com

        *Attorneys for Doctor Joseph Gira*

## CERTIFICATE OF SERVICE

On this __ day of June, 2023, the foregoing document was electronically filed with the Clerk of the Court by using the electronic filing system. A notice of this filing was sent to by first class U.S. Mail to:

Laura Martin
3 Laura Lane
Conway, AR  72034

WINGFIELD & CORRY, P.A.
Attn: Reba Wingfield
920 W. Second St., Suite 101
Little Rock, AR  72201

        <u>John Keeling Baker</u>