IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WINGFIELD & CORRY, P.A.**                                                        **PLAINTIFF**

**VS.**                                  **4:23-CV-00194-BRW**

**DOMINIC BROWN,**                                                         **DEFENDANTS**
**LAURA MARTIN, and**
**JOSEPH GIRA**

## JUDGMENT

Based on the Order entered today, July 12, 2023, Defendant Joseph Gira is entitled to the $284,698.90 held in Plaintiff's IOLTA Trust Account at issue in this case.  Plaintiff is discharged from any further liability regarding the IOLTA funds at issue and is dismissed from this case with prejudice.  The case is closed.

IT IS SO ORDERED this 12th day of July, 2023.

                                                                         _____BILLY ROY WILSON_____
                                                                   UNITED STATES DISTRICT JUDGE